Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
Chapter 7 Trustee

The Honorable:    PAMELA S. HOLLIS
Chapter 7

Hearing Date:    04/02/2015
Hearing Time:    10:30 am

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| In re:    BRUNETT, PHILLIP L. | § | Case No. 14-09224 | |
| | § | | |
| | § | | |
| Debtor(s) | § | | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and has filed a final fee application, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and the application for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 10:30 am on  04/02/2015 in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL. 60604.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: <u>03/04/2015</u>          By:     <u>Ira Bodenstein</u>
                                                Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**UST Form 101-7-NFR (10/1/2010)**

Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
   Chapter 7 Trustee

The Honorable:      PAMELA S. HOLLIS
Chapter   7
Location:
Hearing Date:           / /
Hearing Time:
Response Date:          / /

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BRUNETT, PHILLIP L.      §  Case No. 14-09224
              §
              §
   Debtor(s)        §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*    $   4,500.00

*and approved disbursements of*    $    70.00

*leaving a balance on hand of*  [1]    $   4,430.00

**Balance on hand:**      $   4,430.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $   0.00
Remaining balance:     $   4,430.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,125.00 | 0.00 | 1,125.00 |

Total to be paid for chapter 7 administration expenses: $   1,125.00
Remaining balance:          $   3,305.00

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $     0.00

Remaining balance: $     3,305.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $     0.00

Remaining balance: $     3,305.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,305.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 221 | US BANK N.A. | 3,305.00 | 0.00 | 3,305.00 |

Total to be paid for timely general unsecured claims: $     3,305.00

Remaining balance: $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $            0.00

Remaining balance:    $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $            0.00

Remaining balance:    $            0.00

Prepared By:   /s/Ira Bodenstein

Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 14-09224-PSH
Phillip L. Brunett                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen           Page 1 of 1          Date Rcvd: Mar 04, 2015
                             Form ID: pdf006         Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2015.
db           +Phillip L. Brunett,    841 N. Hickory Ave,    Arlington Heights, IL 60004-5716
21659106     +Chase Bank,    c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374-0933
21659107     +Chase Home Equity,    PO Box 24696,    Columbus, OH 43224-0696
21659108     +Chasecard,    Bankruptcy Department,    PO Box 15298,    Wilmington, DE 19850-5298
21659109      Shell/Citi,    PO Box 6497,    CITIBANK CREDIT BUREAU DISPUTE,    Sioux Falls, SD 57117-6497
22837824     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21659110*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    425 Walnut St.,    Cincinnati, OH 45202)
                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2015                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2015 at the address(es) listed below:
        David M Siegel    on behalf of Debtor Phillip L. Brunett davidsiegellaw@hotmail.com,
          davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
        Ira Bodenstein    iratrustee@shawfishman.com,   IL29@ecfcbis.com;cowens@shawfishman.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                    TOTAL: 3