# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: BRUNETT, PHILLIP L. § Case No. 14-09224
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $176,210.00 *(without deducting any secured claims)* | Assets Exempt: $21,700.00 |
| Total Distribution to Claimants: $3,305.00 | Claims Discharged Without Payment: $9,382.00 |
| Total Expenses of Administration: $1,195.00 | |

3) Total gross receipts of $ 4,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $166,745.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,195.00 | 1,195.00 | 1,195.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,946.00 | 6,522.70 | 3,305.00 | 3,305.00 |
| **TOTAL DISBURSEMENTS** | $183,691.00 | $7,717.70 | $4,500.00 | $4,500.00 |

4) This case was originally filed under Chapter 7 on March 14, 2014. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/01/2015         By: /s/Ira Bodenstein
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Whole Life Insurance Policies Theresa Brunett (d | 1129-000 | 4,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Home Equity | 4110-000 | 67,347.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Equity | 4110-000 | 99,398.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$166,745.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,125.00 | 1,125.00 | 1,125.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,195.00 | $1,195.00 | $1,195.00 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 221 | US BANK N.A. | 7100-000 | 7,564.00 | 6,522.70 | 3,305.00 | 3,305.00 |
| NOTFILED | Chasecard Bankruptcy Department | 7100-000 | 9,342.00 | N/A | N/A | 0.00 |
| NOTFILED | Shell/Citi | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $16,946.00 | $6,522.70 | $3,305.00 | $3,305.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-09224  
**Case Name:** BRUNETT, PHILLIP L.  

**Period Ending:** 06/01/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 03/14/14 (f)  
**§341(a) Meeting Date:** 04/22/14  
**Claims Bar Date:** 08/21/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Single Family Home 841 N Hickory Ave, Arlington<br>    Orig. Description: Single Family Home 841 N Hickory Ave, Arlington Heights, Il 60004; Imported from original petition Doc# 1; Exemption: Single Family Home Arlington Heights, Il 60004 - Amount: 15000.00; Lien: Second Mortgage<br>Single Family Home<br>- 841 N Hickory Ave<br>Arlington Heights, Il 60004<br>Value $ 170000 - Amount: 99398.00; Lien: Mortgage<br>Single Family Home<br>- 841 N Hickory Ave<br>Arlington Heights, Il 60004<br>Value $ 170000 - Amount: 67347.00 | 170,000.00 | 0.00 | | 0.00 | FA |
| 2   Void<br>    Orig. Description: Checking/Savings Account Chase Bank; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3   Checking/Savings Account Chase Bank<br>    Orig. Description: Checking/Savings Account Chase Bank; Imported from Amended Doc#: 12; Exemption: Checking/Savings Account Household Goods and Furnishings - Amount: 47.00 | 47.00 | 0.00 | | 0.00 | FA |
| 4   Void<br>    Orig. Description: TV & Furniture; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5   TV & Furniture<br>    Orig. Description: TV & Furniture; Imported from Amended Doc#: 12; Exemption: TV & Furniture - Amount: 350.00 | 350.00 | 0.00 | | 0.00 | FA |
| 6   Normal Apparel<br>    Orig. Description: Normal Apparel; Imported from Amended Doc#: 12; Exemption: Normal Apparel - Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 7   Void<br>    Orig. Description: Whole Life Insurance Policies Theresa Brunett (daughter); Imported from original | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-09224  
**Case Name:** BRUNETT, PHILLIP L.

**Period Ending:** 06/01/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 03/14/14 (f)  
**§341(a) Meeting Date:** 04/22/14  
**Claims Bar Date:** 08/21/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| petition Doc# 1 | | | | | |
| 8  Whole Life Insurance Policies Theresa Brunett (d<br>   Orig. Description: Whole Life Insurance Policies Theresa Brunett (daughter); Imported from Amended Doc#: 12; Exemption: Whole Life Insurance Policies Theresa Brunett (daughter)  -  Amount: 2490.00 | 7,627.71 | 0.00 | | 4,500.00 | FA |
| 9  CD<br>   Orig. Description: CD; Imported from Amended Doc#: 12; Exemption: Whole Life Insurance Policies Theresa Brunett (daughter)  -  Amount: 1113.00 | 1,113.00 | 0.00 | | 0.00 | FA |
| 10  2008 Chevrolet Cobalt US Bank Secured Lien $7,56<br>   Orig. Description: 2008 Chevrolet Cobalt US Bank Secured Lien $7,564; Imported from Amended Doc#: 12; Exemption: 2008 Chevrolet Cobalt Secured  Lien $7,564  -  Amount: 2400.00; Lien: Purchase Money Security<br>   2008 Chevrolet Cobalt<br>   - US Bank<br>   Secured Lien $7,564<br>   Value $ 4350  -  Amount: 7564.00 | 4,350.00 | 0.00 | | 0.00 | FA |
| 11  Dog & Cat<br>   Orig. Description: Dog & Cat; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 12  Void<br>   Orig. Description: Dog & Cat; Imported from Amended Doc#: 12 | 0.00 | 0.00 | | 0.00 | FA |
| 12  **Assets   Totals** (Excluding unknown values) | **$183,837.71** | **$0.00** | | **$4,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   4/20/2015- TFR approved and checks sent 4/2/2015
      Prepare and file TDR

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-09224
**Case Name:** BRUNETT, PHILLIP L.

**Trustee:** (330129) Ira Bodenstein
**Filed (f) or Converted (c):** 03/14/14 (f)
**§341(a) Meeting Date:** 04/22/14

**Period Ending:** 06/01/15
**Claims Bar Date:** 08/21/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** March 31, 2015        **Current Projected Date Of Final Report (TFR):** March 4, 2015 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 14-09224 | | **Trustee:** | Ira Bodenstein (330129) |
| --- | --- | --- | --- | --- |
| **Case Name:** | BRUNETT, PHILLIP L. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******4866 - Checking Account |
| **Taxpayer ID #:** | **-***4246 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 06/01/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/10/14 | {8} | David M. Siegel & Associate, LLC | Non exempt cash value of life insurance | 1129-000 | 4,500.00 | | 4,500.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,490.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,480.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,470.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,460.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,450.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,440.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,430.00 |
| 04/02/15 | 101 | Ira Bodenstein | Final Trustee compensation TFR approved 4/2/2015 | 2100-000 | | 1,125.00 | 3,305.00 |
| 04/02/15 | 102 | US BANK N.A. | Ref # 1341 | 7100-000 | | 3,305.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,500.00 | 4,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,500.00 | 4,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,500.00** | **$4,500.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******4866** | 4,500.00 | 4,500.00 | 0.00 |
| | **$4,500.00** | **$4,500.00** | **$0.00** |

{} Asset reference(s)

Printed: 06/01/2015 02:17 PM   V.13.23